NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GWENDOLYN J. OLDHAM, | ) | Case No.: C 07-5429 PVT |
| Plaintiff, | ) ) | **ORDER RE PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | ) ) | |
| MICHAEL J. ASTRUE, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On October 19, 2007, plaintiff Gwendolyn J. Oldham filed an application to proceed *in forma pauperis*. However, plaintiff has not consented to the exercise of discretion by a U.S. Magistrate Judge. Accordingly, plaintiff shall file consent no later than November 16, 2007 or the case will be reassigned to a U.S. District Court Judge.[1]

IT IS SO ORDERED.

Dated: *November 5, 2007*

*/s/ Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present application.

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*