HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN J. OLDHAM, ) | Civil No. C07-05429 PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Monday, May 26, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (14) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | (authorization given by Jaime Preciado for Shea Bond) |
| Dated: April 23, 2008 | /s/<br>SHEA L. BOND<br>Special Assistant U.S. Attorney |
| | |
| Dated: April 23, 2008 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>GWENDOLYN J. OLDHAM |

IT IS SO ORDERED.

Dated: April 24, 2008

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

2

STIPULATION AND ORDER