1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  GWENDOLYN OLDHAM,              )  No.: C-07-05429 PVT
                                   )
15              Plaintiff,         )
                                   )
16                                 )
                                   )
17  v.                             )  STIPULATION AND ORDER FOR
                                   )  DISMISSAL
18                                 )
                                   )
19  MICHAEL J. ASTRUE,             )
    Commissioner, Social Security  )
20  Administration,                )
                                   )
21              Defendant.         )
                                   )
22  _____)

23
        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
24
    matter be dismissed in its entirety without prejudice.  Each party shall bear their own
25
    attorney's fees and costs.
26

27

28

                                        1
    STIPULATION AND ORDER

1
2
3   JOSEPH P. RUSSONIELLO
    United States Attorney
4
5
6   Dated: May 21, 2008            /s/_____
7                                  SHEA LITA BOND
                                   Special Assistant U.S. Attorney
8
9
10
11  Dated:  May 21, 2008           /s/_____
12                                 HARVEY P. SACKETT
                                   Attorney for Plaintiff
13                                 GWENDOLYN OLDHAM
14
15  IT IS SO ORDERED.
16
17  Dated: __5/21/08__              *Patricia V. Trumbull* (signature)
18                                  HON. PATRICIA V. TRUMBULL
                                    United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

                                   2
    STIPULATION AND ORDER